

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,842-01

### EX PARTE SAMUEL ROCHELLE MADISON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. C-2-W011391-1407727-A IN CRIMINAL DISTRICT COURT TWO OF TARRANT COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. The trial court held an evidentiary hearing on November 4, 2021. The reporter's record has been sent to this Court, but Applicant's exhibit 1, a DVD of a forensic interview, has not been received by this Court. The reporter's record indicates that the DVD is on file in the district clerk's office.

Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P.

73.4(b)(4).

The district clerk shall either forward to this Court the DVD listed as Applicant's exhibit 1 from the habeas hearing, or certify in writing that not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: April 7, 2022
Do not publish